Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO LUNA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-176 |
| | § | |
| WILLIAM BARR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 13, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 9) recommending that the Government's Motion to Dismiss (Doc. 5) should be granted. No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 9). Accordingly, it is:

**ORDERED** that the Motion to Dismiss (Doc. 5) is **GRANTED**; and

**ORDERED** that any claims made against Defendants are dismissed without prejudice for failure to state a claim upon which relief can be granted.

The Clerk of the Court is directed to close this matter.

SIGNED this 5th day of February, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge